Dismissed and Memorandum Opinion filed April 5, 2007








Dismissed
and Memorandum Opinion filed April 5, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00649-CV

____________

 

MICHELLE CHEVALIER, Appellant

 

V.

 

PALM HARBOR HOMES, Appellees

 



 

On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 04-14626

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 2, 2006.  On March 27, 2007, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
5, 2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.